IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02757-PAB-NYW

DAVID PILL, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

BIRNER DENTAL MANAGEMENT SERVICES, INC.,
FREDERIC W.J. BIRNER,
JOSHUA S. HOROWITZ,
BURTON J. RUBIN,
BRADLEY TIRPAK,
GREGORY GALE FULTON,
JOHN M. CLIMACO, and
THOMAS D. WOLF,

      Defendants.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
_____

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff David Pill ("Plaintiff") hereby voluntarily dismisses his individual and class claims in the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: November 7, 2018        Respectfully submitted,

                                    /s/ *Jeffrey A. Berens*
                                    Jeffrey A. Berens
                                    BERENS LAW LLC
                                    2373 Central Park Boulevard, Suite 100
                                    Denver, Colorado 80238

Telephone: (303) 861-1764
Facsimile: (303) 395-0393
Email: jeff@jberenslaw.com

*Local Counsel for Plaintiff*

WOLF POPPER LLP
Carl L. Stine
Fei-Lu Qian
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Email: cstine@wolfpopper.com
        fqian@wolfpopper.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Jeffrey A. Berens*
Jeffrey A. Berens
BERENS LAW LLC
2373 Central Park Boulevard, Suite 100
Denver, CO  80238-2300
(303) 861-1764 (Telephone)
(303) 395-0393 (Facsimile)
jeff@jberenslaw.com